# United States Court of Appeals

### For the Eighth Circuit

_____

No. 25-1387

_____

Karl Auleciems

*Plaintiff - Appellant*

Susanne Auleciems

*Plaintiff*

v.

Township of West Lakeland, MN; Washington County, Minnesota; Dan Kyllo, Councilman of West Lakeland MN - sued in his official and individual capacity; Dave Schultz, Councilman of West Lakeland MN - sued in his official and individual capacity; Viet Hanh Winchell, West Lakeland Attorney - sued in her official and individual capacity; Galowitz Olson PLLC; Dan Starry, Washington County Sheriff - sued in his official and individual capacity; 10th Judicial District of Minnesota; Stoney L. Hiljus, Chief Judge of the 10th Judicial District of Minnesota - sued in his official and individual capacity; John C. Hoffman, Minnesota Judge Tenth Judicial District of Minnesota retired - sued in his official and individual capacity; Susan Rester Miles, Minnesota Judge Tenth Judicial District of Minnesota - sued in her official and individual capacity; Juanita Freeman, Minnesota Judge Tenth Judicial District of Minnesota - sued in her official and individual capacity; Minnesota Department of Revenue; Paul Marquart, Commissioner Minnesota Department of Revenue - sued in his official and individual capacity; Kathy Boyko, Investigator Minnesota Department of Revenue - sued in her official and individual capacity; Helen Maas, Minnesota Judge Tenth Judicial District of Minnesota - sued in her official and individual capacity; Marian Appelt, Councilman of West Lakeland MN - sued in her official and individual capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: October 21, 2025
Filed: November 3, 2025
[Unpublished]

_____

Before SHEPHERD, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Karl Auleciems appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 and tort action. After carefully reviewing the record and the parties' arguments on appeal, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Katherine M. Menendez, United States District Judge for the District of Minnesota.